DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CHARLES V. NICHOLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2239

————————————————

November 12, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Charles V. Nichols, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.